## NO. CR-17-26172

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | **336th JUDICIAL DISTRICT** |
| | § | |
| **TIMOTEO GARZA** | § | **FANNIN COUNTY, TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/4/2018 10:33:38 AM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE PRESIDING:

Now comes Timoteo Garza, Defendant, and gives notice that he is appealing the judgment

and sentence in this case.

Respectfully submitted,

/s/ *Micah Belden*
Micah Belden
Attorney for Carlos Dominguez
SBN 24044294
711 N. Travis
Sherman, Texas 75090
P.: 903-744-4252
F.: 903-893-1734

## CERTIFICATE OF SERVICE

This is to certify that on December 21, 2017, a true and correct copy of the above and foregoing document was served on the Fannin County District Attorney's Office by regular mail.

/s/ *Micah Belden*

Filed 12/21/2017 7:30 PM
Nancy Young
District Clerk
Fannin County, TX

Sonia Woods

## NO. CR-17-26172

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | **336th JUDICIAL DISTRICT** |
| | § | |
| **TIMOTEO GARZA** | § | **FANNIN COUNTY, TEXAS** |

## MOTION FOR NEW TRIAL

### TO THE HONORABLE JUDGE PRESIDING:

Now comes Timoteo Garza, Defendant, and moves for a new trial in the above styled and numbered cause. Mr. Garza would show that the verdict is against the law and the evidence. Specifically, Mr. Garza would show that the evidence was insufficient to prove the elements of the offense beyond a reasonable doubt to a rational jury.

Respectfully submitted,

/s/ *Micah Belden*
Micah Belden
Attorney for Carlos Dominguez
SBN 24044294
711 N. Travis
Sherman, Texas 75090
P.: 903-744-4252
F.: 903-893-1734

## CERTIFICATE OF SERVICE

This is to certify that on December 21, 2017, a true and correct copy of the above and foregoing document was served on the Fannin County District Attorney's Office by regular mail.

/s/ *Micah Belden*